UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANTHONY JOSEPH BESETT AND<br>TIFFANY OLIVIA HEGG, | Civil No. 10-0934 (JRT/LIB) |
| Plaintiffs, | **ORDER ADOPTING REPORT**<br>**AND RECOMMENDATION** |
| v. | |
| SHAWN ALVIN HEGG AND<br>JENNIFER KATHERINE HEGG, | |
| Defendants. | |

_____

Brian Chmielewski, **BRIAN D CHMIELEWSKI, PC**, 2655 Mallard Drive, Woodbury, MN 55125, for plaintiffs.

Christopher Paul, **PAUL LAW OFFICE, PLLC**, 2605 East Cliff Road, Burnsville, MN 55337, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 31, 2012 [Docket No. 133]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 119] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2012
at Minneapolis, Minnesota

                                                              s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                      United States District Judge