# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

ANTHONY JOSEPH BESETT AND
TIFFANY OLIVIA HEGG,

Civil No. 10-0934 (JRT/LIB)

Plaintiffs,

v.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

SHAWN ALVIN HEGG AND
JENNIFER KATHERINE HEGG,

Defendants.

---

Brian Chmielewski, **BRIAN D CHMIELEWSKI, PC**, 2655 Mallard Drive, Woodbury, MN 55125, for plaintiffs.

Christopher Paul, **PAUL LAW OFFICE, PLLC**, 2605 East Cliff Road, Burnsville, MN 55337, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated July 31, 2012 [Docket No. 133]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 119] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2012
at Minneapolis, Minnesota

_____s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge